THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MICHAEL J. REGAN, Appellant.

Argued November 24, 1953; decided January 22, 1954.

*Julius A. Hellenbrand* for appellant.

*Miles F. McDonald, District Attorney* (*Aaron E. Koota* and *Julius Helfand* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.